**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF OREGON

Case number *(if known)* _____ Chapter **11**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **HAJ, Inc. dba Christenson Oil** | |

| | | | |
|---|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |

| | | | |
|---|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **93-0737957** | |

**4.  Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3821 NW St. Helens Road** **Portland, OR 97210** | **PO Box 10424** **Portland, OR 97296** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Multnomah** | Location of principal assets, if different from principal place of business |
| County | **3821 NW St. Helens Road Portland, OR 97210** |
| | Number, Street, City, State & ZIP Code |

| | | | |
|---|---|---|---|
| 5. | **Debtor's website** (URL) | **www.christensonoil.com** | |

**6.  Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Case 16-32787-pcm7    Doc 1    Filed 07/18/16

**7.** **Describe debtor's business**      A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

 4247

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**      *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | _____ | | _____ | |
| | District | When | Case number, if known | |
| | _____ | _____ | _____ | |

**11. Why is the case filed in this district?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

   ■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 18, 2016**
              MM / DD / YYYY

**X** **/s/ Lawrence W. Lesniak**                              **Lawrence W. Lesniak**
      Signature of authorized representative of debtor          Printed name

Title   **CEO**

**18. Signature of attorney**

**X** **/s/ John C. Rothermich**                    Date  **July 18, 2016**
      Signature of attorney for debtor                    MM / DD / YYYY

**John C. Rothermich**
Printed name

**Garvey Schubert Barer**
Firm name

**121 SW Morrison Street, 11th Floor**
**Portland, OR 97204**
Number, Street, City, State & ZIP Code

Contact phone   **(503) 228-3939**        Email address _____

**071685**
Bar number and State

Fill in this information to identify the case:

Debtor name    **HAJ, Inc. dba Christenson Oil**

United States Bankruptcy Court for the:   DISTRICT OF OREGON

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 18, 2016**      **X** *∕s∕ Lawrence W. Lesniak*
                                    Signature of individual signing on behalf of debtor

                                      **Lawrence W. Lesniak**
                                      Printed name

                                        **CEO**
                                        Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                  Best Case Bankruptcy

Fill in this information to identify the case:

| Debtor name | HAJ, Inc. dba Christenson Oil |
| United States Bankruptcy Court for the: | **DISTRICT OF OREGON** |

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Ashland Inc.**<br>**50 East River Center Blvd**<br>**Covington, KY 41011** | | | | | | **$79,140.95** |
| **Carson Oil Co**<br>**PO Box 6030**<br>**Portland, OR 97228-6030** | | | | | | **$16,278.62** |
| **Chevron**<br>**2005 Diamond Blvd**<br>**Concord, CA 94520-5739** | | | | | | **$29,080.55** |
| **Container Management**<br>**PO Box 45355**<br>**San Francisco, CA 94145** | | | | | | **$3,264.96** |
| **Functional Products Inc.**<br>**8282 Bavaria Road**<br>**Macedonia, OH 44056** | | | | | | **$3,158.10** |
| **Kafko International**<br>**3555 W Howard Street**<br>**Skokie, IL 60076** | | | | | | **$10,417.28** |
| **Lubricating Specialties Co**<br>**PO Box 31001-0858**<br>**Pasadena, CA 91110-0858** | | | | | | **$14,901.52** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 16-32787-pcm7    Doc 1    Filed 07/18/16

| Debtor | HAJ, Inc. dba Christenson Oil | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Lubrizol Corporation PNC Bank 3013 Solutions Center Chicago, IL 60677-3000** | | | | | | **$9,276.92** |
| **Moreland Oil PO Box 567 McMinnville, OR 97128** | | | | | | **$5,520.24** |
| **Murphy Commodities 305 SE 3rd Avenue Suite 201 Portland, OR 97214** | | | | | | **$8,395.10** |
| **Niteo Products LLC PO Box 664005 Dallas, TX 75266-4005** | | | | | | **$14,040.21** |
| **Old World Industries PO Box 204549 Dallas, TX 75320-4549** | | | | | | **$29,321.70** |
| **Penray Companies, The 25523 Network Place Chicago, IL 60673-1255** | | | | | | **$2,236.53** |
| **Petrocard PO Box 34243 Seattle, WA 98124-1243** | | | | | | **$2,266.71** |
| **Phillips 66 Houston Operations 1075 West Sam Houston Pkwy N, Suite 200 Houston, TX 77043** | | | | | | **$44,838.40** |
| **Phillips 66 Spectrum Corp 21064 Network Place Chicago, IL 60673-1210** | | | | | | **$34,376.03** |
| **Revolution ORS 1100 Burloak Drive Suite 500 Burlington, ON L7L 6B2** | | | | | | **$20,720.10** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Case 16-32787-pcm7    Doc 1    Filed 07/18/16

| Debtor | HAJ, Inc. dba Christenson Oil | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **San Joaquin Refining PO Box 5576 Bakersfield, CA 93388** | | | | | | **$12,754.25** |
| **TARR, LLC PO Box 28324 Portland, OR 97228-8324** | | | | | | **$13,915.00** |
| **Universal Lubricants LLC PO Box 244 Bedford Park, IL 60499-0244** | | | | | | **$201,772.43** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 16-32787-pcm7    Doc 1    Filed 07/18/16

John C. Rothermich, Bar #071685
E-Mail: jrothermich@gsblaw.com
Garvey Schubert Barer
Eleventh Floor
121 SW Morrison Street
Portland, Oregon 97204-3141
Telephone: (503) 228-3939
Facsimile: (503) 226-0259

    Attorneys for Debtor
    HAJ, Inc. dba Christenson Oil

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re | No. _____ |
| HAJ, Inc. dba Christenson Oil, | Chapter 11 |
|     Debtor. | **CERTIFICATE OF SERVICE OF LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS ON THE U.S. TRUSTEE** |

    The undersigned certifies that he caused to be served on the United States Trustee, Region 18, (1) a copy of the LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS, (2) address mailing labels for Debtor, Debtor's attorney, and for each creditor on the list, and (3) this Certificate of Service, at Office of the United States Trustee, 620 SW Main Street #213, Portland, Oregon 97205-3026, by causing a copy thereof to be e-mailed on July 18, 2016, and further certifies that each of the above items was delivered by courier to the Office of the United States Trustee at the address set forth, on July 18, 2016.

Page 1 – CERTIFICATE OF SERVICE OF LIST OF
CREDITORS HOLDING 20 LARGEST UNSECURED
CLAIMS ON THE U.S. TRUSTEE

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
eleventh floor
121 s.w. morrison street
portland, oregon 97204-3141
503 228 3939

1     DATED this 18th day of July, 2016.

2

3                             GARVEY SCHUBERT BARER

4                     By */s/John C. Rothermich*

5                         John C. Rothermich, OSB No. 071685
                        Attorneys for Debtor

6

7

8

9

10   GSB:7934222.1

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Page 2 – CERTIFICATE OF SERVICE OF LIST OF
CREDITORS HOLDING 20 LARGEST UNSECURED
CLAIMS ON THE U.S. TRUSTEE

GARVEY SCHUBERT BARER
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS
*eleventh floor*
*121 s.w. morrison street*
*portland, oregon 97204-3141*
*503 228 3939*

Debtor name __**HAJ, Inc. dba Christenson Oil**__

United States Bankruptcy Court for the: __DISTRICT OF OREGON__

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          **12/15**

| Part 1: | Summary of Assets |
|---|---|

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.......................................................................................... $     **5,444.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................................ $     **2,784,630.07**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.......................................................................................... $     **2,790,074.07**

| Part 2: | Summary of Liabilities |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $     **1,158,418.29**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $     **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$     **567,343.40**

4.  **Total liabilities** .................................................................................................................
    Lines 2 + 3a + 3b
                                     $     **1,725,761.69**

Case 16-32787-pcm7    Doc 1    Filed 07/18/16

Fill in this information to identify the case:

Debtor name          **HAJ, Inc. dba Christenson Oil**

United States Bankruptcy Court for the:   DISTRICT OF OREGON

Case number (if known)  _____

☐ Check if this is an
   amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.   **Cash on hand** | **$200.00** |

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.   **Bank of the West** | | | **$0.00** |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**                                                                                      **$200.00**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ■ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
     Description, including name of holder of prepayment

| 8.1.   **Prepaid Insurance** | **$34,417.01** |
|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Case 16-32787-pcm7    Doc 1    Filed 07/18/16

| | | |
|---|---|---|
| 8.2. | **Other** | $15,198.03 |
| 8.3. | **Lease Deposit** | $22,698.85 |
| 8.4. | **Property Tax** | $5,983.05 |
| 8.5. | **Insurance - CSV** | $174,163.57 |

9. **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

$252,460.51

| Part 3: | **Accounts receivable** |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11. **Accounts receivable**

| 11a. 90 days old or less: | 640,281.00 | - | 0.00 | = .... | $640,281.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 206,852.00 | - | 0.00 | = .... | $206,852.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3.**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

$847,133.00

| Part 4: | **Investments** |
|---|---|

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** **Raw materials** | | $210,888.00 | | $210,888.00 |

Case 16-32787-pcm7     Doc 1     Filed 07/18/16

| 20. | **Work in progress** Work in progress | | $0.00 | | $0.00 |
|---|---|---|---|---|---|

| 21. | **Finished goods, including goods held for resale** Finished Goods | | $908,509.00 | | $908,509.00 |
|---|---|---|---|---|---|

| 22. | **Other inventory or supplies** Other | | $10,000.00 | | $10,000.00 |
|---|---|---|---|---|---|

23.   **Total of Part 5.**

                      **$1,129,397.00**

  Add lines 19 through 22.  Copy the total to line 84.

24.   **Is any of the property listed in Part 5 perishable?**
- ■ No
- ☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ■ No
- ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No.  Go to Part 7.
- ☐ Yes Fill in the information below.

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ☐ No.  Go to Part 8.
- ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** Office furniture | $6,671.74 | Liquidation | $6,671.74 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Office equipment | $0.00 | | $0.00 |

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
  books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 3

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case 16-32787-pcm7   Doc 1   Filed 07/18/16

collections; other collections, memorabilia, or collectibles

| 43. | **Total of Part 7.** | | | | $6,671.74 |
|---|---|---|---|---|---|

Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.**   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **Transportation equipment** | **$82,091.49** | | **$90,000.00** |
| 47.2.   **Tank Farm Impr** | **$10,107.82** | **Liquidation** | **$10,107.82** |
| **48.**   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.**   **Aircraft and accessories** | | | |
| **50.**   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
|    **Warehouse equipment** | **$96,357.21** | | **Unknown** |
|    **Equipment - loaned to customers** | **$21,751.90** | | **Unknown** |

| 51. | **Total of Part 8.** | | | | $100,107.82 |
|---|---|---|---|---|---|

Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

Case 16-32787-pcm7    Doc 1    Filed 07/18/16

■ Yes Fill in the information below.

55.     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Land - 3821 NW St. Helens Road, Portland OR 97210** | 100% | $93,550.00 | N/A | Unknown |
| 55.2. **Buildings - 3821 NW St. Helens Road, Portland OR 97210** | | $52,229.00 | N/A | Unknown |
| 55.3. **Land/Building - 16200 SW 72nd Avenue, Portland OR 97210 leasehold improvements** | | $5,444.00 | N/A | $5,444.00 |

56.     **Total of Part 9.**                                                                   | $5,444.00 |

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
   Copy the total to line 88.

57.     **Is a depreciation schedule available for any of the property listed in Part 9?**
   ☐ No
   ■ Yes

58.     **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 10:      Intangibles and intellectual property**

59.  **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets**<br>**Copyright - Durex trademark** | $0.00 | | $0.00 |
| 61.   **Internet domain names and websites**<br>**Internet domain - www.christensonoil.com** | $0.00 | | $0.00 |
| 62.   **Licenses, franchises, and royalties** | | | |

Case 16-32787-pcm7    Doc 1    Filed 07/18/16

| 63. | **Customer lists, mailing lists, or other compilations** | | | |
|---|---|---|---|---|
| | **Customer List - contains personal identifiers** | **$0.00** | | **$261,000.00** |

| 64. | **Other intangibles, or intellectual property** |
|---|---|
| 65. | **Goodwill** |

| 66. | **Total of Part 10.** | **$261,000.00** |
|---|---|---|
| | Add lines 60 through 65. Copy the total to line 89. | |

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
☐ No
■ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 11: | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | **Current value of debtor's interest** |
|---|---|
| 71. **Notes receivable** Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| 73. **Interests in insurance policies or annuities** **North American Life Insurance $1,000,000 - policy LW00048857** | **$174,998.00** |
| **West Coast Life Insurance $250,000 - policy ZUA4287** | **$7,778.00** |
| **Principal Life $250,000 - policy 4649372** | **$0.00** |
| **Security Life Insurance $250,000 - policy 1654413** | **$4,884.00** |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. **Other contingent and unliquidated claims or causes of action of** | |

Case 16-32787-pcm7   Doc 1   Filed 07/18/16

**every nature, including counterclaims of the debtor and rights to**
**set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** _Examples:_ Season tickets,
       country club membership

78.    **Total of Part 11.**                                                      | $187,660.00 |

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Case 16-32787-pcm7    Doc 1    Filed 07/18/16

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$200.00** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$252,460.51** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$847,133.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$1,129,397.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$6,671.74** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$100,107.82** | |
| 88. **Real property.** *Copy line 56, Part 9.......................................................................>* | | **$5,444.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$261,000.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$187,660.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$2,784,630.07** | + 91b. **$5,444.00** |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | **$2,790,074.07** |

Case 16-32787-pcm7    Doc 1    Filed 07/18/16

Debtor name **HAJ, Inc. dba Christenson Oil**

United States Bankruptcy Court for the: DISTRICT OF OREGON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Bank of the West**<br>Creditor's Name<br><br>**222 SW Columbia Suite 1200**<br>**Portland, OR 97201**<br>Creditor's mailing address<br><br>**robin.oberg@bankofthewest.com**<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**6-3-2014**<br>**Last 4 digits of account number**<br>**4826**<br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**Acct Rec under 90 days; Accts Rec over 90 days; Raw materials; WIP; Finished Goods; Other; Office furn; Off equip; Trans equip; Farm impr; Warehouse equip; Loaned equip; Trademark; Int domain; Cust List; Life Ins policies**<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $994,000.00 | $2,609,632.07 |
| **2.2** **North American Life Insurance**<br>Creditor's Name<br><br>**PO Box 5088**<br>**Sioux Falls, SD 57117-5088**<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>**Cash Surrender Value Policy - LW00048847**<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $86,727.01 | $174,998.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Case 16-32787-pcm7    Doc 1    Filed 07/18/16

**oan1**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **North American Life Insurance** | Describe debtor's property that is subject to a lien | $77,691.28 | $174,998.00 |
|---|---|---|---|---|
| | Creditor's Name | **Cash Surrender Value Policy - LW00048847** | | |

**PO Box 5088
Sioux Falls, SD 57117-5088**

Creditor's mailing address

**Describe the lien**

_____

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**oan2**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $1,158,418.29 |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Case 16-32787-pcm7    Doc 1    Filed 07/18/16

Debtor name     **HAJ, Inc. dba Christenson Oil**

United States Bankruptcy Court for the:     DISTRICT OF OREGON

Case number (if known)     _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:     List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:     List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,792.80 |
|---|---|---|---|
| | **20/10 Products Inc**<br>**PO Box 7609**<br>**Salem, OR 97303-0015** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,766.00 |
|---|---|---|---|
| | **Alchemist Specialty Carriers Inc**<br>**9697 190 Street**<br>**Surrey, B.C, V4N 3M8** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24.93 |
|---|---|---|---|
| | **ALSCO Portland Industrial**<br>**PO Box 82269**<br>**Portland, OR 97282-0269** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $79,140.95 |
|---|---|---|---|
| | **Ashland Inc.**<br>**50 East River Center Blvd**<br>**Covington, KY 41011** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Case 16-32787-pcm7     Doc 1     Filed 07/18/16

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,185.80** |
|-----|------|------|------|
| | **Camco Manufacturing**<br>**PO Box 741120**<br>**Atlanta, GA 30384-1120** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,278.62** |
|-----|------|------|------|
| | **Carson Oil Co**<br>**PO Box 6030**<br>**Portland, OR 97228-6030** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$29,080.55** |
|-----|------|------|------|
| | **Chevron**<br>**2005 Diamond Blvd**<br>**Concord, CA 94520-5739** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$293.80** |
|-----|------|------|------|
| | **Comcast - PA *495**<br>**PO Box 37601**<br>**Philadelphia, PA 19101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$298.00** |
|-----|------|------|------|
| | **Comcast - PA *603**<br>**PO Box 37601**<br>**Philadelphia, PA 19101-0601** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$248.59** |
|------|------|------|------|
| | **Comcast - WA**<br>**PO Box 34744**<br>**Seattle, WA 98124** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,264.96** |
|------|------|------|------|
| | **Container Management**<br>**PO Box 45355**<br>**San Francisco, CA 94145** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case 16-32787-pcm7    Doc 1    Filed 07/18/16

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$234.76** |
|------|--------------------------------------------------|----------------------------------------------------------------------|-------------|

**EBS Products**
**15134 Goldenwest Circle**
**Westminster, CA 92683**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|------|--------------------------------------------------|----------------------------------------------------------------------|-------------|

**EPA Region 10**
**Regional Administrator, Office RA-140**
**1200 Sixth Avenue #900**
**Seattle, WA 98101**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,158.10** |
|------|--------------------------------------------------|----------------------------------------------------------------------|---------------|

**Functional Products Inc.**
**8282 Bavaria Road**
**Macedonia, OH 44056**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$440.64** |
|------|--------------------------------------------------|----------------------------------------------------------------------|-------------|

**General Auto Supply**
**PO Box 4352**
**Portland, OR 97208**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$355.03** |
|------|--------------------------------------------------|----------------------------------------------------------------------|-------------|

**GSI Industries Inc**
**3289 128th Avenue**
**Holland, MI 49424**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,103.60** |
|------|--------------------------------------------------|----------------------------------------------------------------------|---------------|

**J.F. Shelton Company**
**PO Box 740855**
**Los Angeles, CA 90074**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$164.00** |
|------|--------------------------------------------------|----------------------------------------------------------------------|-------------|

**J.Karl Beck Distributors**
**PO Box 91187**
**Portland, OR 97291**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 16-32787-pcm7    Doc 1    Filed 07/18/16

| Debtor | **HAJ, Inc. dba Christenson Oil** | Case number *(if known)* | |
|--------|-----------------------------------|--------------------------|---|
| | Name | | |

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$143.64** |
|------|---------------------------------------------------|-------------------------------------------------------------------|------------|

**Jerry Brown Co, The**
**PO Box 41390**
**Eugene, OR 97404**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,417.28** |
|------|---------------------------------------------------|-------------------------------------------------------------------|------------|

**Kafko International**
**3555 W Howard Street**
**Skokie, IL 60076**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,901.52** |
|------|---------------------------------------------------|-------------------------------------------------------------------|------------|

**Lubricating Specialties Co**
**PO Box 31001-0858**
**Pasadena, CA 91110-0858**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,276.92** |
|------|---------------------------------------------------|-------------------------------------------------------------------|------------|

**Lubrizol Corporation**
**PNC Bank**
**3013 Solutions Center**
**Chicago, IL 60677-3000**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,520.24** |
|------|---------------------------------------------------|-------------------------------------------------------------------|------------|

**Moreland Oil**
**PO Box 567**
**McMinnville, OR 97128**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,395.10** |
|------|---------------------------------------------------|-------------------------------------------------------------------|------------|

**Murphy Commodities**
**305 SE 3rd Avenue Suite 201**
**Portland, OR 97214**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,040.21** |
|------|---------------------------------------------------|-------------------------------------------------------------------|------------|

**Niteo Products LLC**
**PO Box 664005**
**Dallas, TX 75266-4005**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Case 16-32787-pcm7    Doc 1    Filed 07/18/16

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$469.00** |
|------|--------------------------------------------------|----------------------------------------------------------------------|-------------|

**Northwest Pump & Equipment**
2800 NW 31st Avenue
Portland, OR 97210

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$145.46** |
|------|--------------------------------------------------|----------------------------------------------------------------------|-------------|

**Office Depot**
PO Box 70049
Los Angeles, CA 90074-0049

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,321.70** |
|------|--------------------------------------------------|----------------------------------------------------------------------|----------------|

**Old World Industries**
PO Box 204549
Dallas, TX 75320-4549

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|------|--------------------------------------------------|----------------------------------------------------------------------|-------------|

**Oregon Department of Environmental Quali**
Business Office
811 SW Sixth Avenue
Portland, OR 97204

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,326.14** |
|------|--------------------------------------------------|----------------------------------------------------------------------|---------------|

**Pacific Office Copy**
14747 NW Greenbrier Pkway
Beaverton, OR 97006

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,405.44** |
|------|--------------------------------------------------|----------------------------------------------------------------------|---------------|

**Peninsula Truck Lines**
PO Box 587
Auburn, WA 98071-0587

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,236.53** |
|------|--------------------------------------------------|----------------------------------------------------------------------|---------------|

**Penray Companies, The**
25523 Network Place
Chicago, IL 60673-1255

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 16-32787-pcm7    Doc 1    Filed 07/18/16

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,266.71 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**Petrocard**
PO Box 34243
Seattle, WA 98124-1243

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,838.40 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**Phillips 66 Houston Operations**
1075 West Sam Houston Pkwy N, Suite 200
Houston, TX 77043

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,376.03 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**Phillips 66 Spectrum Corp**
21064 Network Place
Chicago, IL 60673-1210

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,720.10 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**Revolution ORS**
1100 Burloak Drive Suite 500
Burlington, ON L7L 6B2

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,754.25 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**San Joaquin Refining**
PO Box 5576
Bakersfield, CA 93388

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,915.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**TARR, LLC**
PO Box 28324
Portland, OR 97228-8324

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $201,772.43 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**Universal Lubricants LLC**
PO Box 244
Bedford Park, IL 60499-0244

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 16-32787-pcm7    Doc 1    Filed 07/18/16

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$270.17** |
|------|-----|-----|-----|

**Wilcox & Flegel**
**PO Box 69**
**Longview, WA 98632**

   **Date(s) debt was incurred** _

   **Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---------|-----|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|-----|-----|-----|

---

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---------|-----|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|-----|-----|-----|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 567,343.40 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ 567,343.40 |

Case 16-32787-pcm7    Doc 1    Filed 07/18/16

**Fill in this information to identify the case:**

Debtor name    **HAJ, Inc. dba Christenson Oil**

United States Bankruptcy Court for the:    DISTRICT OF OREGON

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Postage meter #11207387** | |
| | State the term remaining | **Expires 7-7-17** | **Neopost** |
| | List the contract number of any government contract | | **478 Wheelers Farm Road Milford, CT 06461** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Two copy machines - Sharp and Konica** | |
| | State the term remaining | **Unknown** | **Pacific Office Machine** |
| | List the contract number of any government contract | | **14747 NW Greenbrier Parkway #A Beaverton, OR 97006** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Warehouse lease; leased storage and office space.** | |
| | State the term remaining | **Expires 10-31-2020** | **Pacific Realty Associates, LP Attn R/E Consel - lobp108 Christen** |
| | List the contract number of any government contract | | **15350 SW Sequoia Parkway, Suite 300 Portland, OR 97224** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 16-32787-pcm7    Doc 1    Filed 07/18/16

Debtor name    **HAJ, Inc. dba Christenson Oil**

United States Bankruptcy Court for the:    DISTRICT OF OREGON

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1   **Lesniak, Lawrence** | **PO Box 1598**<br>**Ridgefield, WA 98642**<br>**Personal guarantee** | **Bank of the West** | ☑ D ____2.1____<br>☐ E/F _____<br>☐ G _____ |

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1: Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2016** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$9,818,000.00** |
   | **For prior year:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$24,779,115.00** |
   | **For year before that:**<br>From **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other _____ | **$26,298,394.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|
   | | |

**Part 2: List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|
   | | | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Case 16-32787-pcm7    Doc 1    Filed 07/18/16

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Universal Lubricants, LLC**<br>**PO Box 244**<br>**Bedford Park, IL 60499-0244** | **4/20/16** | **$469,841.67** | ☐ Secured debt<br>■ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **Old World Industries**<br>**4065 Commercial Avenue**<br>**Northbrook, IL 60062** | **4/22/16** | **$230,631.25** | ☐ Secured debt<br>■ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **Ashland Inc.**<br>**16397 Collections Center Drive**<br>**Chicago, IL 60693** | **4/18/16** | **$155,727.72** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **Garvey Schubert Barer**<br>**1191 Second Ave., Ste. 1800**<br>**Seattle, WA 98101** | | **$105,337.27** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.5. **Phillips 66 Spectrum Corp**<br>**21064 Network Place**<br>**Chicago, IL 60673-1210** | **4/18/16** | **$74,884.35** | ☐ Secured debt<br>■ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. **Lubricating Specialties Co**<br>**PO Box 31001-0858**<br>**Pasadena, CA 91110-0858** | **4/18/16** | **$68,900.18** | ☐ Secured debt<br>■ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. **Pacific Petroleum**<br>**8321 N Market Street**<br>**Spokane, WA 99217** | **4/20/16** | **$94,330.96** | ☐ Secured debt<br>■ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. **San Joaquin Refining**<br>**PO Box 5576**<br>**Bakersfield, CA 93388** | **4/28/16** | **$84,360.25** | ☐ Secured debt<br>■ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Case 16-32787-pcm7    Doc 1    Filed 07/18/16

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9. **Revolution ORS LP**<br>1100 Burloak Drive Suite 500<br>Burlington ON L7L 6B2 | 4/25/16 | $56,584.31 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.10. **Chevron**<br>2005 Diamond Blvd<br>Concord, CA 94520-5739 | 5/9/16 | $52,061.95 | ☐ Secured debt<br>■ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.11. **Internal Revenue Service**<br>Attn. Chief, Special Procedure<br>915 Second Avenue, M/S W242<br>Seattle, WA 98174 | 4/23/16 | $51,501.86 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Payroll Taxes** |
| 3.12. **Pacific Realty Associates, LP**<br>Attn R/E<br>15350 SW Sequoia Parkway Suite 300<br>Portland, OR 97224 | 4/30/16 | $40,760.73 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Lease** |
| 3.13. **Health Net of Oregon**<br>File 749393<br>Los Angeles, CA 90047-9393 | 4/30/16 | $32,320.26 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Healthcare** |
| 3.14. **TARR, LLC**<br>PO Box 28324<br>Portland, OR 97228-8324 | 5/2/16 | $31,492.55 | ☐ Secured debt<br>■ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.15. **Consolidated Container Co.**<br>62867 Colletions Center<br>Chicago, IL 60693 | 4/28/16 | $28,511.05 | ☐ Secured debt<br>■ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.16. **Carson Oil Co**<br>PO Box 6030<br>Portland, OR 97228-6030 | 5/2/16 | $26,431.91 | ☐ Secured debt<br>■ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

Case 16-32787-pcm7    Doc 1    Filed 07/18/16

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.17. | **Williams Tank Lines, Inc.**<br>**1477 Tillie Lewis Drive**<br>**Stockton, CA 95206** | **4/25/16** | **$23,462.69** | ☐ Secured debt<br>■ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.18. | **Jerry Brown Co, The**<br>**PO Box 41390**<br>**Eugene, OR 97404** | **5/10/16** | **$22,008.80** | ☐ Secured debt<br>■ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.19. | **Niteo Products LLC**<br>**PO Box 664005**<br>**Dallas, TX 75266-4005** | **4/18/16** | **$21,344.86** | ☐ Secured debt<br>■ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.20. | **Oregon Teamsters Health**<br>**Unit 42**<br>**PO Box 4900**<br>**Portland, OR 97208-4900** | **5/13/16** | **$28,075.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Healthcare** |
| 3.21. | **Penske Truck Leasing Co.**<br>**PO Box 7429**<br>**Pasadena, CA 91109-7429** | **5/9/16** | **$18,599.89** | ☐ Secured debt<br>■ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.22. | **Container Management Services**<br>**PO Box 45355**<br>**San Francisco, CA 94145** | **5/2/16** | **$17,579.92** | ☐ Secured debt<br>■ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.23. | **Penray Companies, The**<br>**25523 Network Place**<br>**Chicago, IL 60673-1255** | **4/18/16** | **$15,947.28** | ☐ Secured debt<br>■ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.24. | **Bank of the West**<br>**222 SW Columbia Suite 1200**<br>**Portland, OR 97201** | **5/2/16** | **$17,023.21** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Interest and Fees** |

Case 16-32787-pcm7    Doc 1    Filed 07/18/16

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.25. **Petrocard**<br>**PO Box 34243**<br>**Seattle, WA 98124-1243** | **4/18/16** | **$12,387.28** | ☐ Secured debt<br>■ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.26. **Western Conference of Teamsters**<br>**Pension**<br>**2323 Eastlake Avenue E**<br>**Seattle, WA 98102** | **5/10/16** | **$15,844.05** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__**Pension**__ |
| 3.27. **Oregon Department of Revenue**<br>**PO Box 14725**<br>**Salem, OR 97309-5018** | **4/23/16** | **$21,591.94** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__**Payroll Taxes**__ |
| 3.28. **EP Minerals LLC**<br>**9785 Gateway Drive**<br>**Reno, NV 89521** | **6/3/16** | **$7,892.70** | ☐ Secured debt<br>■ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.29. **Saif**<br>**400 High Street SE**<br>**Salem, OR 97312-1801** | **4/25/16** | **$7,623.38** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__**W. Comp**__ |
| 3.30. **Functional Products Inc.**<br>**8282 Bavaria Road**<br>**Macedonia, OH 44056** | **5/16/16** | **$7,353.90** | ☐ Secured debt<br>■ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.31. **Lubrizol Corporation**<br>**PNC Bank**<br>**3013 Solutions Center**<br>**Chicago, IL 60677-3000** | **4/20/16** | **$7,311.67** | ☐ Secured debt<br>■ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.32. **Camco Manufacturing Inc.**<br>**PO Box 741120**<br>**Atlanta, GA 30384-1120** | **4/20/16** | **$7,215.80** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

Case 16-32787-pcm7    Doc 1    Filed 07/18/16

| Debtor | HAJ, Inc. dba Christenson Oil | Case number *(if known)* | |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.33. Phillips 66 Houston Operations<br>1075 West Sam Houston Pkwy N, Suite 200<br>Houston, TX 77043 | | $44,838.40 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Lesniak, Lawrence<br>3821 NW St. Helens Road<br>Portland, OR 97210<br>CEO | 1/28/16,<br>2/4/16,<br>2/18/16 | $390.71 | **Expense reimbursements** |
| 4.2. Jensen, Doug<br>660 Kingwood Drive NW<br>Salem, OR 97304<br>VP Sales | 8/6/15,<br>8/21/15,<br>9/3/15,<br>9/9/15,<br>9/14/15,<br>10/19/15,<br>11/16/15,<br>12/21/15,<br>02/18/16,<br>01/11/16,<br>03/11/16,<br>03/25/16,<br>05/06/16,<br>06/03/16 | $15,756.38 | **Expense reimbursements** |
| 4.3. Hortsman, John<br>PO Box 62<br>Shedd, OR 97377<br>VP Operations | 9/22/15,<br>10/19/15,<br>03/16/16,<br>04/01/16,<br>05/05/16,<br>06/01/16,<br>06/08/16,<br>2/22/16 | $1,119.83 | **Expense reimbursements** |
| 4.4. Lesniak, Cyril<br>434 NE 130th Avenue<br>Portland, OR 97230<br>Son of CEO & Warehouse Mgr | 12/17/15 | $19,646.84 | **Compensation, Auto allowance, Expense reimbursements** |

**5. Repossessions, foreclosures, and returns**

List any property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:     Legal Actions or Assignments**

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Portland Harbor Superfund Cleanup** | **EPA** | **EPA Region 10 Regional Administrator Office RA-140 1200 Sixth Avenue, Suite 900 Seattle, WA 98101** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **Portland Harbor Superfund Cleanup** | **Storm Water Monitoring** | **Oregon Department of Environmental Quali Business Office 811 SW Sixth Avenue Portland, OR 97204** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:     Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:     Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
|  | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* |  |  |

---

**Part 6:     Certain Payments or Transfers**

**11. Payments related to bankruptcy**

Case 16-32787-pcm7     Doc 1     Filed 07/18/16

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Garvey Schubert Barer 121 SW Morrison Street, 11th Floor Portland, OR 97204** | **Attorney Fees $75,000.00** | **6-14-16** | **$75,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Garvey Schubert Barer 121 SW Morrison Street Portland, OR 97204-3141** | **Attorneys fees $29,897.27** | **5-31-16** | **$29,897.27** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. **3865 NW St. Helens Road Portland, OR 97210** | **2000-2014** |

Case 16-32787-pcm7    Doc 1    Filed 07/18/16

---

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

    | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
    |---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☐ No.
    ■ Yes. State the nature of the information collected and retained.

    **Profit Sharing 401k Retirement Plan**

    Does the debtor have a privacy policy about that information?
    ☐ No
    ■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☐ No. Go to Part 10.
    ■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ■ Yes. Fill in below:

    | Name of plan | Employer identification number of the plan |
    |---|---|
    | **Profit Sharing 401k Retirement Plan** | EIN:  **93-0737957** |

    Has the plan been terminated?
    ■ No
    ☐ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

    | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
    |---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

---

Case 16-32787-pcm7     Doc 1     Filed 07/18/16

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Blue Star Lubricants**<br>**915 N Plum Grove Road**<br>**Schaumburg, IL 60173** | **3821 NW St. Helens Road**<br>**Portland, OR 97210** | **Inventory** | **$0.00** |

**Part 12:** Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☐ No.
■ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| **Portland Harbor Superfund**<br>**EPA Region 10** | **Regional Admin Office**<br>**RA-140**<br>**1200 Sixth Avenue Suite 900**<br>**Seattle, WA 98101** | | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

Case 16-32787-pcm7   Doc 1   Filed 07/18/16

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.  **Ford Black & Company**<br>**2501 SW First Avenue, Suite 260**<br>**Portland, OR 97201** | | **EIN:**<br><br>**From-To**   **2014-2016** |
| 25.2.  **Lesniak, Lawrence**<br>**3821 NW St. Helens Road**<br>**Portland, OR 97210** | | **EIN:**<br><br>**From-To**   **2014-2016** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Ford Black & Company**<br>**2501 SW First Avenue, Suite 260**<br>**Portland, OR 97201** | **2014-2015** |
| 26a.2.  **Western Conference of Teamsters Pension**<br>**Northwest Administrators Inc.**<br>**2323 Eastlake Avenue East**<br>**Seattle, WA 98102** | **2011-2014** |
| 26a.3.  **Oregon Teamsters Employers Trust**<br>**William C. Earhart, Co., Inc.**<br>**PO Box 4148**<br>**Portland, OR 97208** | **2011-2014** |
| 26a.4.  **Washington State Sales Tax**<br>**PO Box 1648**<br>**Vancouver, WA 98668-1648** | **2011-2015** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

Case 16-32787-pcm7    Doc 1    Filed 07/18/16

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **Garvey Schubert Barer**<br>**121 SW Morrison Street**<br>**Portland, OR 97204-3141** | |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.    **Ford Black & Company**<br>**2501 SW First Avenue**<br>**Portland, OR 97201** | |

| Name and address | Date of service From-To |
|---|---|
| 26b.3.    **Lesniak, Lawrence**<br>**3821 NW St. Helens Road**<br>**Portland, OR 97210** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Garvey Schubert Barer**<br>**121 SW Morrison Street**<br>**Portland, OR 97204-3141** | |
| 26c.2.    **Ford Black & Company**<br>**2501 SW First Avenue**<br>**Portland, OR 97201** | |
| 26c.3.    **Lesniak, Lawrence**<br>**3821 NW St. Helens Road**<br>**Portland, OR 97210** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **Bank of the West**<br>**222 SW Columbia Suite 1200**<br>**Portland, OR 97201** |
| 26d.2.    **Teamsters** |
| 26d.3.    **Castrol**<br>**BP Lubricants USA**<br>**28301 Ferry Rd, Office 337C**<br>**Warrenville, IL 60555** |
| 26d.4.    **Chevron**<br>**2005 Diamond Blvd**<br>**Concord, CA 94520-5739** |
| 26d.5.    **Phillips 66**<br>**411 S. Keeler Avenue**<br>**Bartlesville, OK 74003** |

Case 16-32787-pcm7    Doc 1    Filed 07/18/16

| Name and address | |
|---|---|
| 26d.6. | **Old World Industries**<br>**4065 Commerce Avenue**<br>**Northbrook, IL 60062** |
| 26d.7. | **San Joaquin Refining**<br>**PO Box 5576**<br>**Bakersfield, CA 93388** |
| 26d.8. | **Valvoline Credit**<br>**3499 Blazer Parkway**<br>**Lexington, KY 40509** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **John Hortsman, Devin Schefchek, Cyril Lesniak** | **2-6-16** | **$1,335,427.00** |

Name and address of the person who has possession of inventory records

**Lesniak, Lawrence**
**3821 NW St. Helens Road**
**Portland, OR 97210**

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.2. | **John Hortsman, Devin Schefchek, Cyril Lesniak** | **9-26-15** | **$2,098,326.00** |

Name and address of the person who has possession of inventory records

**Lesniak, Lawrence**
**3821 NW St. Helens Road**
**Portland, OR 97210**

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Lesniak, Lawrence W.** | **PO Box 1598**<br>**Ridgefield, WA 98642** | **CEO** | **55%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jensen, Doug** | **660 Kingwood Drive NW**<br>**Salem, OR 97304** | **VP Sales** | **15%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Hortsman, John** | **PO Box 62**<br>**Shedd, OR 97377** | **VP Operations** | **15%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Morrison, Glen** | **1730 SW Harbor Way**<br>**Portland, OR 97201** | **Retired** | **15%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ■ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ☐ No
   ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Lesniak, Lawrence<br>PO Box 1598<br>Ridgefield, WA 98642 | $55,500.00 Compensation | 7-16-15 to<br>7-15-16 | Compensation |
| | Relationship to debtor | | | |
| 30.2. | Jensen, Doug<br>660 Kingwood Drive NW<br>Salem, OR 97304 | $51,300.00 Compensation | 7-16-15 to<br>7-15-16 | Compensation |
| | Relationship to debtor | | | |
| 30.3. | Hortsman, John<br>PO Box 62<br>Shedd, OR 97377 | $51,300.00 Compensation | 7-16-15 to<br>7-15-16 | Compensation |
| | Relationship to debtor | | | |
| 30.4. | Lesniak, Lawrence<br>PO Box 1598<br>Ridgefield, WA 98642 | $9,600.00 Auto allowance | 7-16-15 to<br>7-15-16 | Auto allowance |
| | Relationship to debtor | | | |
| 30.5. | Jensen, Doug<br>660 Kingwood Drive NW<br>Salem, OR 97304 | $11,400.00 Auto allowance | 7-16-15 to<br>7-15 -16 | Auto allowance |
| | Relationship to debtor | | | |
| 30.6. | Hortsman, John<br>PO Box 62<br>Shedd, OR 97377 | $3,600.00 Auto allowance | 7-16-15 to<br>7-15-16 | Auto allowance |
| | Relationship to debtor | | | |

Case 16-32787-pcm7    Doc 1    Filed 07/18/16

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Western Teamsters Pension Trust Fund**<br>**PO Box 34080**<br>**Seattle WA 98124** | EIN:    **Acct 405986** |
| **Christenson Oil 401(k) Profit Sharing Plan**<br>**3821 NW St. Helens Road**<br>**Portland OR 97210** | EIN:    **93-0737957** |
| **Hopkins Pension**<br>**10580 SW McDonald Street, Suite 205**<br>**Tigard OR 97224** | EIN: |

---

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 18, 2016**

**/s/ Lawrence W. Lesniak**                              **Lawrence W. Lesniak**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor   **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## District of Oregon

In re    __HAJ, Inc. dba Christenson Oil__

Debtor(s)

Case No. _____

Chapter    __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| -NONE- | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    __July 18, 2016__

Signature    **/s/ Lawrence W. Lesniak**

**Lawrence W. Lesniak**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Oregon

In re    __HAJ, Inc. dba Christenson Oil__    Case No. _____

                         Debtor(s)    Chapter    __11__ _____

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __July 18, 2016__ _____      __/s/ Lawrence W. Lesniak__ _____

                                                      __Lawrence W. Lesniak/CEO__
                                                      Signer/Title

# United States Bankruptcy Court
## District of Oregon

In re   **HAJ, Inc. dba Christenson Oil**
               Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **HAJ, Inc. dba Christenson Oil**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

July 18, 2016
Date

**/s/ John C. Rothermich**
**John C. Rothermich 071685**
Signature of Attorney or Litigant
Counsel for   **HAJ, Inc. dba Christenson Oil**
**Garvey Schubert Barer**
**121 SW Morrison Street, 11th Floor**
**Portland, OR 97204**
**(503) 228-3939 Fax:(503) 226-0259**